**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA ELSHIRBINY,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant.<br>                                           / | No. C 04-03662 WHA<br>Related to:<br>No. C 02-05698 WHA<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION** |

      The Court has received plaintiff's letter requesting further reconsideration of the above-captioned social-security appeal, in which judgment was entered on July 12, 2005. Plaintiff's first motion for reconsideration was denied on August 15, 2005. In her most recent letter, plaintiff again fails to meet any of the standards outlined in FRCP 59 or FRCP 60. As such, this second motion for reconsideration is likewise **DENIED**. The Court will not respond to any future letters requesting reconsideration. Any further proceeding in this case should be in the form of a timely appeal to the Ninth Circuit.

      **IT IS SO ORDERED.**

Dated: September 19, 2005

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE